IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRANDON SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:15-cv-00517-WHA-SRW |
| | ) |
| SL ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME the parties by and through their respective counsel of record, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, do hereby stipulate and request that this action be dismissed with prejudice and with each party to bear his or its own costs, expenses and attorney's fees.

Dated this 20th day of August, 2015.

Respectfully submitted,

*/s/ David P. Martin*
David P. Martin
Ariel S. Blocker

Attorneys for Plaintiff
Brandon Smith

25036116 v1

**OF COUNSEL:**
The Martin Law Group, LLC
P.O. Box 20087
Tuscaloosa, AL  35402
Telephone: (205) 343-1771
Facsimile: (205) 343-1781

_____
John J. Coleman, III

Attorney for Defendant
SL Alabama, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100