IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRANDON SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:15-cv-517-WHA |
| ) | |
| SL ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. #7), filed by the parties on August 20, 2015, it is hereby

ORDERED that this case is DISMISSED with prejudice, the parties to bear their own costs, expenses and attorneys' fees.

DONE this 26th day of August, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE